POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Dale K. Galipo (SBN 144074)<br>Benjamin S. Levine, Esq. (SBN 342060)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310 Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 | FAX NO. | E-MAIL ADDRESS: dalekgalipo@yahoo.com; blevine@galipolaw.com<br>ATTORNEY FOR (Name): Plaintiff | |

**UNITED STATES DISTRICT COURT—CENTRAL DISTRICT**

STREET ADDRESS:   350 W. 1st Street,

CITY AND ZIP CODE:   Los Angeles, CA 90012

BRANCH NAME: CENTRAL DISTRICT

| PLAINTIFF/PETITIONER: AMELIA HARRIS<br>DEFENDANT/RESPONDENT: CITY OF LOS ANGELES | |
|---|---|
| | CASE NUMBER:<br>2:26-cv-04854-WLH-PVC |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>2592431R |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☐ Summons

   b. ☑ Complaint

   c. ☐ Alternative Dispute Resolution (ADR) package

   d. ☐ Civil Case Cover Sheet

   e. ☐ Cross-Complaint

   f. ☑ other *(specify documents):* **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; CERTIFICATE AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

3. a. Party served *(specify name of party as shown on documents served):*

   **CITY OF LOS ANGELES**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

   **Ottavia S., Department Clerk, authorized person to accept service of process**

   **Age: 50s | Weight: 210 lbs. | Hair: brown | Sex: Female | Height: 5'6" | Eyes: brown | Race: Black**

4. Address where the party was served: **200 North Main Street, 3rd Floor**
   **Los Angeles, CA 90012**

5. I served the party *(check proper box)*

   a. ☑ **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **5/27/2026**     (2) at *(time):* **12:05 PM**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*     **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

**POS010-1/2592431**

| Plaintiff: **AMELIA HARRIS** | CASE NUMBER:<br>**2:26-cv-04854-WLH-PVC** |
|---|---|
| Defendant: **CITY OF LOS ANGELES;** | |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☑ On behalf of *(specify):* **CITY OF LOS ANGELES**

   under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☑ other: **FRCP 4(i)(2)** |

7. **Person who served papers**

a. Name: **Bibiana Nunez - Ace Attorney Service, Inc.**

b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**

c. Telephone number: **(213) 623-3979**

d. **The fee** for service was: **$ 92.74**

e. I am:

   (1) ☐ not a registered California process server.

   (2) ☑ exempt from registration under Business and Professions Code section 22350(b).

   (3) ☑ registered California process server:

      (i) ☐ owner   ☑ employee   ☐ independent contractor.

      (ii) Registration No.: **PS-6729**

      (iii) County: **ORANGE**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **5/28/2026**

| **Bibiana Nunez** | ▶ | *Bibi* |
|---|---|---|
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | | (Signature - Per CC §1633.7) |