**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978- 6900 | Fax No.: (213) 978-8785
Email: Christian.bojorquez@lacity.org

*Attorneys for Defendants,* CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA HARRIS,<br><br>                    Plaintiff,<br><br>        v.<br><br>CITY OF LOS ANGELES, and  DOES 1 through 10, inclusive,<br><br>                    Defendants. | CASE NO. 2:26-cv-4854-WLH-PVC<br>*Hon. Wesley L. Hsu – Ctrm.9B*<br>*Mag. Pedro V. Castillo – Ctrm. 590*<br><br>**DEFENDANT CITY OF LOS ANGELES' CERTIFICATE OF INTERESTED PARTIES** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

The undersigned, counsel of record for Defendant CITY OF LOS ANGELES certifies the following listed parties have a direct, pecuniary interest in the outcome of the case:

1.    AMELIA HARRIS        Plaintiff

2.    CITY OF LOS ANGELES    Defendant

/ / /

1

These representations are made to enable the court to evaluate disqualification or recusal.

Dated: June 17, 2026        HYDEE FELDSTEIN SOTO, City Attorney
                            DENISE C. MILLS, Chief Deputy City Attorney
                            KATHLEEN KENEALY, Chief Assistant City Attorney

                            By:  /S/ *Christian R. Bojorquez*
                                 CHRISTIAN R. BOJORQUEZ, Deputy City Attorney
                                 *Attorneys for Defendants* CITY OF LOS ANGELES