## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Amelia Harris,

Plaintiff(s)

v.

City of Los Angeles, et al.,

Defendant(s).

CASE NUMBER

2:26-cv-04854-WLH-PVC

**ORDER/REFERRAL TO ADR**

The Court, having reviewed the parties' Request: ADR Procedure Selection (Form ADR-01), the Notice to Parties of Court-Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and L.R. 26-1, hereby:

**ORDERS** this case referred to:

☐ **ADR PROCEDURE NO. 1:**  This case is referred to the magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.  Counsel are directed to contact the magistrate judge's courtroom deputy to arrange a date and time for the ADR proceeding.

☑ **ADR PROCEDURE NO. 2:**  This case is referred to the Court Mediation Panel.  Within twenty-one (21) days, plaintiff shall obtain the consent of a neutral on the Court Mediation Panel who will conduct the mediation and shall file Form ADR-2, Stipulation Regarding Selection of Panel Mediator.  If the parties have not selected and obtained the consent of a Panel Mediator within twenty-one (21) days, the ADR Program (213-894-2993) will assign one.  Forms and a list of the Panel Mediators are available on the Court website, www.cacd.uscourts.gov.  Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

☐ **ADR PROCEDURE NO. 3** :  This case is referred to private mediation.  Counsel are directed to contact the private mediator of their choice to arrange a date and time for the mediation.

**IT IS FURTHER ORDERED:**

The ADR proceeding is to be completed by: 6/21/2027

The parties shall file a joint report no later than seven (7) days after the ADR proceeding regarding the progress of settlement discussions.

The Court sets a further status conference for: _____

Dated: July 28, 2026 _____

_____
United States District Judge/Magistrate Judge