**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

AMELIA HARRIS,

Plaintiff,

v.

CITY OF LOS ANGELES; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:26-cv-04854-WLH-PVC

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DEADLINE TO AMEND PLEADINGS AND ADD PARTIES BY APPROXIMATELY 90 DAYS**

On October 8, 2026, the Parties filed a Stipulation requesting that the Court amend the operative scheduling order to continue the deadline to hear motions to amend pleadings or add parties by approximately 90 days.

The Court having considered the parties' Stipulation and finding good therefor, hereby **GRANTS** the Stipulation and **ORDERS** that the dates and deadlines adopted by the Court's July 28, 2026, Civil Pretrial Schedule and Trial Order re: Jury Trial [Dkt. 17] are hereby modified as follows:

/ / /

| DEADLINE/EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Last Date to Hear Motion to Amend Pleadings / Add Parties | 11/06/2026 | 02/05/2027 |

**IT IS SO ORDERED.**

Dated:______________

______________________________
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE