UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

AMELIA HARRIS,

Plaintiff,

v.

CITY OF LOS ANGELES; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:26-cv-04854-WLH-PVC

**ORDER RE STIPULATION TO CONTINUE DEADLINE TO AMEND PLEADINGS AND ADD PARTIES BY APPROXIMATELY 90 DAYS [23]**

The Court is in receipt of the Parties' Stipulation to Continue Deadlines (Dkt. No. 23), requesting that the Court amend the operative Scheduling Order (Dkt. No. 17) to continue the deadline to hear motions to amend pleadings or add parties by approximately 90 days.

The Court having considered the parties' Stipulation and finding good therefor, hereby **GRANTS** the Stipulation and **ORDERS** that the dates and deadlines adopted by the Court's July 28, 2026, Civil Pretrial Schedule and Trial Order re: Jury Trial (Dkt. No. 17) are hereby modified as follows:

| **DEADLINE/EVENT** | **CURRENT DATE** | **NEW DATE** |
|---|---|---|
| Last Date to Hear Motion to Amend Pleadings / Add Parties | 11/06/2026 | 02/05/2027 |

**IT IS SO ORDERED.**

Dated: October 9, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE